

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: STEPHEN J.R. GOETZ,

    Plaintiff,

v.

/,

    Defendant.

No. C-07-06364 RMW
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:
    Bankruptcy Case: 05-57623 MM
    Adversary No.: 06-5197
    BAP No.: NC-07-148
    Appellant:

The appeal has been assigned the following case number C-07-06364 RMW before the Honorable Ronald M. Whyte.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 4/18/2008 at    in Courtroom 6, 4th Floor, SJ.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Dec 17, 2007

                              For the Court
                              Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record

MARY ANN BUCKLEY