1  Mark E. Ellis # 127159
   Daniel D. McGee # 218947
2  Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA 95825
   Tel. (916) 283-8820
4  Fax (916) 283-8821

5  George P. Eshoo - 39081
   Law Offices of George P. Eshoo & Associates
6  702 Marshall Street, Suite 500
   Redwood City, CA 94063
7  Tel: (650) 364-7030
   Fax: (650) 364-3054
8
   Attorneys for Appellee/Plaintiff JOHN CHALLAS
9

10
                    UNITED STATES DISTRICT COURT
11
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13

14  In re: Stephen J.R. Goetz and Diana          Chapter 11
    Goetz,
15                                                Case No. C-07-06364 RMW
                        Debtors.
16                                                [Bankruptcy Case No. 05-57623 MM
                                                  Adversary Proceeding No. 06-5197
17  _____              BAP No. NC-07-1418]

18  John Challas,                                 **APPELLEE/PLAINTIFF JOHN CHALLAS' STATUS
                                                  CONFERENCE STATEMENT**
           Plaintiff,
19
    v.                                            Date:  April 18, 2008
20                                                Time:  10:30 a.m.
    Steven Goetz, and DOES 1 through 20,          Judge: Hon. Ronald M. Whyte
21  Inclusive,

22                      Defendants.

23  _____

24          On October 19, 2007, and following a day-long evidentiary hearing which occurred on July 13,

25  2007, the Bankruptcy Court for the Northern District of California, the Honorable Marilyn Morgan

26  presiding, signed an Order ruling that Appellee/Plaintiff John Challas' ("Mr. Challas") cause of action

27  for slander against Appellant/Defendant Stephen Goetz ("Goetz") was non-dischargeable.  Said Order

28                                                - 1 -

1   was entered on the Bankruptcy Court's docket on October 22, 2008.

2   On November 1, 2007, Goetz, who is proceeding in pro per, appealed the October 19, 2007

3   Order.

4   On November 1, 2007, Goetz, pursuant to **FRBP 8006**, also designated the entire docket for the

5   underlying adversary proceeding to be included in the record on appeal, including the transcripts for

6   hearings dated June 12 and July 13, 2007.  In so doing, Goetz, pursuant to **FRBP 8006**, was required to

7   immediately deliver to the reporter and file with the clerk a written request for the transcripts and make

8   satisfactory arrangements for payment of its costs.  Goetz failed to perform these acts and has not taken

9   any steps to cure the same.

10   On November 6, 2007, this Court referred Goetz's appeal to the Bankruptcy Appellate Panel

11   ("BAP").  On November 13, 2007, the BAP transmitted to the parties its opening letter which indicated

12   that Goetz had failed to transmit a copy of the order from which Goetz is appealing.

13   On November 26, 2007, Mr. Challas filed an objection to Goetz's appeal being heard and

14   determined by the BAP.  The appeal was thereafter transferred to this Court and assigned to the

15   Honorable Ronald M. Whyte.

16   On December 17, 2007, this Court set this appeal for an April 18, 2008 status conference

17   pending the parties' perfection of the record on appeal.  Upon the filing of the record on appeal, this

18   Court was to vacate the April 18, 2008 status conference at which time a briefing schedule would

19   issue.

20   On January 10, 2008, Mr. Challas filed a case management conference ("CMC") statement in

21   the Bankruptcy Court in connection with a CMC which was set to occur on January 15, 2008.  Mr.

22   Challas' CMC statement recited the aforementioned facts, including that Goetz had failed to comply

23   with **FRBP 8006** or to otherwise perfect his appeal rendering his appeal subject to dismissal.  Mr.

24   Challas also indicated that this Court had set the appeal for an April 18, 2008 status conference.

25   Goetz failed to file any CMC statement in connection with the January 15, 2008 CMC.

26   Ultimately, Judge Morgan continued the Bankruptcy Court's CMC until December 9, 2008 pending

27   the outcome of Goetz's appeal before this Court.

28

- 2 -

APPELLEE/PLAINTIFF JOHN CHALLAS' STATUS CONFERENCE STATEMENT

1    It is presently unknown whether Goetz intends to prosecute this appeal or to perfect the record.

2  In that Goetz has failed to perfect his appeal, which has now been pending for five months, it would

3  appear that the dismissal of Goetz's appeal is now eminently appropriate. See, e.g., **Greco v.**

4  **Stubenberg** (BAP 9th Cir. 1988) 859 F.2d 1401, 1404 [an appellant's failure to take steps required to

5  prosecute appeal, including failing to make a timely request for a transcript, is grounds for dismissal];

6  **In re McCarthy** (BAP 9th Cir. 1999) 230 B.R. 414, 417 [**FRBP 8006** requires, as mandatory, that an

7  appellant designate a record that includes both any opinion, findings of fact and conclusions of law of

8  the court, _and_ any transcript that will be needed; failure to do so is grounds for dismissal]; **In re**

9  **Winslow** (D. Colo. 1990) 121 B.R. 598, 599 [appellant's failure to designate crucial portions of

10  transcript constitutes grounds for dismissal].

11    Dismissal is especially appropriate, and requested, since Mr. Challas informed Goetz of the

12  aforementioned deficiencies months ago by way of his January 10, 2008 CMC statement filed in the

13  Bankruptcy Court. Notwithstanding, Goetz has taken no action to perfect the record on his appeal or

14  to procure the crucial transcripts required by this Court.

15

16

17  Dated: April 3, 2008                                    ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                                                       STEINHEIMER LLP

18

19                                                                      By _____
20                                                                           Daniel D. McGee
                                                                             Co-Counsel for JOHN CHALLAS
21

22

23

24

25

26

27

28

APPELLEE/PLAINTIFF JOHN CHALLAS' STATUS CONFERENCE STATEMENT

**CERTIFICATE OF SERVICE**

I, Nichole M. Pruitt declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On April 3, 2008, I served the following document(s) on the parties in the within action:

**APPELLEE/PLAINTIFF JOHN CHALLAS' STATUS CONFERENCE STATEMENT**

| | |
|---|---|
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

Stephen Goetz                                           Debtor In Pro Per
13725 Robleda Road
Los Altos, CA 94022
**(Via U.S. Mail)**

George P. Eshoo, Esq.                                   Co-Counsel for John Challas
Law Offices of George P. Eshoo et al.
702 Marshall Street, Suite 500
Redwood City, CA 94063
**(Via Electronic Service)**

Stanley A. Zlotoff                                      Co-Counsel for John Challas
Attorney at Law
300 S. First Street, Suite 215
San Jose, CA 95113
**(Via U.S. Mail)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 3, 2008.

By _____
Nichole M. Pruitt

- 4 -

APPELLEE/PLAINTIFF JOHN CHALLAS' STATUS CONFERENCE STATEMENT