**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

                                                    **\*E-FILED\***

**CIVIL MINUTES**

                                    **DATE:** **April 18, 2008**

Case No. **C-07-06364-RMW**        **JUDGE:** **Ronald M. Whyte**

**IN RE: STEPHEN J.R. GOETZ**
**Title**

**G. Eshoo, D. Spence**                    **No Appearance**
**Attorneys Present**                      **Attorneys Present**

**COURT CLERK:** **Jackie Garcia**         **COURT REPORTER:** **Not Reported**

**PROCEEDINGS**

**CASE MANAGEMENT CONFERENCE**

**ORDER AFTER HEARING**

**Hearing Held.  No appearance from the defendant.  Plaintiff advised the Court that the defendant has**

**failed to perfect appeal.  Plaintiff intends to file a motion to dismiss appeal.**