1 | Mark E. Ellis # 127159
Daniel D. McGee # 218947
2 | Darrell W. Spence #248011
Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP
3 | 555 University Avenue, Suite 200 East
Sacramento, CA 95825
4 | Tel. (916) 283-8820
Fax (916) 283-8821
5 |
George P. Eshoo - 39081
6 | Law Offices of George P. Eshoo & Associates
702 Marshall Street, Suite 500
7 | Redwood City, CA 94063
Tel: (650) 364-7030
8 | Fax: (650) 364-3054

9 | Attorneys for Appellee/Plaintiff JOHN CHALLAS

10

11 | UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| In re: Stephen J.R. Goetz and Diana Goetz,<br><br>Debtors. | Chapter 11<br><br>Case No. C-07-06364 RMW<br><br>[Bankruptcy Case No. 05-57623 MM;<br>Adversary Proceeding No. 06-5197;<br>BAP No. NC-07-1418.] |
| John Challas,<br><br>Plaintiff,<br><br>v.<br><br>Steven Goetz, and DOES 1 through 20, Inclusive,<br><br>Defendants. | **APPELLEE/PLAINTIFF JOHN CHALLAS' NOTICE OF MOTION AND MOTION TO DISMISS THE APPEAL BY APPELLANT/DEFENDANT STEPHEN GOETZ**<br><br>Date:  June 20, 2008<br>Time:  9:00 a.m.<br>Judge:  Hon. Ronald M. Whyte<br>Courtroom: 6, 4th Fl. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on June 20, 2008, at 9:00 a.m., in Courtroom 6, Fourth Floor of the above-entitled Court, Appellee/Plaintiff JOHN CHALLAS ("Mr. Challas") will move the

- 1 -

1 court for order dismissing the appeal brought by Appellant/Defendant STEPHEN GOETZ ("Goetz")
2 herein. The motion is based on the grounds that Goetz has failed to perfect his appeal, which has now
3 been pending for over six months. Furthermore, Goetz has repeatedly failed to attend mandatory case
4 management and/or status conferences in this matter. These circumstances prejudice Mr. Challas, who
5 has been unable to prosecute his slander action against Goetz, which the Bankruptcy Court determined
6 was not discharged via Goetz's bankruptcy.
7    This motion is based on this notice of motion and motion, the supporting memorandum of
8 points and authorities, the supporting declaration of Daniel D. McGee and exhibits thereto, and on such
9 other oral and documentary evidence as may be presented at the hearing of this matter.

Dated: May 13, 2008

ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

By _____
Daniel D. McGee
Co-Counsel for JOHN CHALLAS

- 2 -

# CERTIFICATE OF SERVICE

I, Nichole M. Pruitt, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On May 13, 2008, I served the following document(s) on the parties in the within action:

**APPELLEE/PLAINTIFF JOHN CHALLAS' NOTICE OF MOTION AND MOTION TO DISMISS**

| X | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

Stephen Goetz                               Debtor In Pro Per
13725 Robleda Road
Los Altos, CA 94022
**(Via Overnight Service)**

George P. Eshoo, Esq.                       Co-Counsel for John Challas
Law Offices of George P. Eshoo et al.
702 Marshall Street, Suite 500
Redwood City, CA 94063
**(Via Electronic Service)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on May 13, 2008.

By _____
Nichole M. Pruitt