1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: STEPHEN J.R. GOETZ , | *E-FILED - 6/4/08* |
|---|---|
| | CASE NO.: 07-06364-RMW |
| | **CLERK'S NOTICE OF CONTINUANCE** |
| | **NEW DATE: JULY 25, 2008** |
| | **TIME: 9:00 AM** |

    PLEASE TAKE NOTICE that, on the court's own motion, **APPELLEE/PLAINTIFF JOHN CHALLAS' MOTION TO DISMISS APPEAL,** noticed for June 20, 2008, has been continued to the date and time set forth above.  The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

    If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

    The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice.  Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED:  June 4, 2008

                                        BY: */s/ Jackie Garcia*
                                             JACKIE GARCIA
                                             Courtroom Deputy for
                                             Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record:

2   Order Mailed to:

3  **Stephen Goetz**
   13725 Robleda Road
4  Los Altos, CA 94022

5

6  **Marilyn Morgan**
   US Bankruptcy Court
   280 South First Street
7  Room 3035
   San Jose, CA 95113
8

9  **USBC Manager-San Jose**
   US Bankruptcy Court
10 280 South First Street
   Room 3035
11 San Jose, CA 95113

12        *Pro Se Parties*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28