Mark E. Ellis # 127159
Daniel D. McGee # 218947
Darrell W. Spence #248011
Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel. (916) 283-8820
Fax (916) 283-8821

George P. Eshoo - 39081
Law Offices of George P. Eshoo & Associates
702 Marshall Street, Suite 500
Redwood City, CA 94063
Tel: (650) 364-7030
Fax: (650) 364-3054

Attorneys for Appellee/Plaintiff JOHN CHALLAS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Stephen J.R. Goetz and Diana Goetz,<br><br>　　　　Debtors.<br>_____<br>John Challas,<br><br>　　　Plaintiff,<br><br>v.<br><br>Steven Goetz, and DOES 1 through 20, Inclusive,<br><br>　　　Defendants. | Chapter 11<br><br>Case No. C-07-06364 RMW<br><br>[Bankruptcy Case No. 05-57623 MM;<br>Adversary Proceeding No. 06-5197;<br>BAP No. NC-07-1418.]<br><br>**APPELLEE/PLAINTIFF JOHN CHALLAS' NOTICE OF CONTINUED HEARING ON MR. CHALLAS' MOTION TO DISMISS THE APPEAL BY APPELLANT/DEFENDANT STEPHEN GOETZ**<br><br>New Date: July 25, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Ronald M. Whyte<br>Courtroom: 6, 4th Fl. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　NOTICE IS HEREBY GIVEN that on June 4, 2008, the Court, on its own motion, continued the hearing on Appellee/Plaintiff JOHN CHALLAS' ("Mr. Challas") motion to dismiss the appeal

- 1 -

APPELLEE/PLAINTIFF JOHN CHALLAS' NOTICE OF MOTION AND MOTION TO DISMISS THE APPEAL BY
APPELLANT/DEFENDANT STEPHEN GOETZ

1  brought by Appellant/Defendant STEPHEN GOETZ ("Goetz") which is currently set for June 20,
2  2008.  **The new hearing date for said motion is now July 25, 2008, at 9:00 a.m., in Courtroom # 6,**
3  **4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California**.  However, the
4  parties are still required to file papers in connection with said motion in accordance with the originally
5  noticed June 20, 2008 hearing date.  A true and correct copy of the Clerk's Notice of Continuance is
6  attached hereto as **Exhibit 1**.  A certificate of service of this Notice of Continuance is also attached
7  hereto.

9  Dated: June 6, 2008                    ELLIS, COLEMAN, POIRIER, LAVOIE, &
                                          STEINHEIMER LLP

                                          By _____
                                             Daniel D. McGee
                                             Co-Counsel for JOHN CHALLAS

- 2 -

APPELLEE/PLAINTIFF JOHN CHALLAS' NOTICE OF MOTION AND MOTION TO DISMISS THE APPEAL BY
APPELLANT/DEFENDANT STEPHEN GOETZ

# CERTIFICATE OF SERVICE

I, Nichole M. Pruitt, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On June 6, 2008, I served the following document(s) on the parties in the within action:

**APPELLEE/PLAINTIFF JOHN CHALLAS' NOTICE OF CONTINUED HEARING ON MR. CHALLAS' MOTION TO DISMISS THE APPEAL BY APPELLANT/DEFENDANT STEPHEN GOETZ**

| | |
|---|---|
| ☒ | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| ☒ | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

Stephen Goetz                              Debtor In Pro Per
13725 Robleda Road
Los Altos, CA 94022
**(Via U.S. Mail)**

George P. Eshoo, Esq.                     Co-Counsel for John Challas
Law Offices of George P. Eshoo et al.
702 Marshall Street, Suite 500
Redwood City, CA 94063
**(Via Electronic Service)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 6, 2008.

By _____
Nichole M. Pruitt

- 3 -

APPELLEE/PLAINTIFF JOHN CHALLAS' NOTICE OF MOTION AND MOTION TO DISMISS THE APPEAL BY APPELLANT/DEFENDANT STEPHEN GOETZ

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: STEPHEN J.R. GOETZ, | *E-FILED - 6/4/08* |
|  | CASE NO.: 07-06364-RMW |
|  | **CLERK'S NOTICE OF CONTINUANCE** |
|  | **NEW DATE: JULY 25, 2008** |
|  | **TIME: 9:00 AM** |

PLEASE TAKE NOTICE that, on the court's own motion, **APPELLEE/PLAINTIFF JOHN CHALLAS' MOTION TO DISMISS APPEAL,** noticed for June 20, 2008, has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: June 4, 2008

BY: */s/ Jackie Garcia*
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record:

2  Order Mailed to:

3  **Stephen Goetz**
   13725 Robleda Road
4  Los Altos, CA 94022

5

   **Marilyn Morgan**
6  US Bankruptcy Court
   280 South First Street
7  Room 3035
   San Jose, CA 95113
8

9  **USBC Manager-San Jose**
   US Bankruptcy Court
10 280 South First Street
   Room 3035
11 San Jose, CA 95113

12          *Pro Se Parties*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28