UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 25, 2008

Case No. C-07-06364-RMW    JUDGE: Ronald M. Whyte

IN RE: STEPHEN J.R. GOETZ
Title

| D. McGee | No Appearance |
|---|---|
| Attorneys Present (Plaintiff) | Attorneys Present (Defendant) |
| COURT CLERK: Jackie Garcia | COURT REPORTER: Lee-Anne Shortridge |

PROCEEDINGS

JOHN CHALLAS' MOTION TO DISMISS THE APPEAL

**ORDER AFTER HEARING**

Hearing Held. No appearance by defendant. The Court to grant the motion to dismiss the appeal. The Court to send out a final ruling to the parties. The matter is deemed submitted.